■ In the Matter of MICHAEL G. MARINANGELI, a Suspended Attorney. [643 NYS2d 338] —Petition for reinstatement and waiver of filing fee is denied with leave to renew, as indicated.

No opinion. Concur—Sullivan, J. P., Kupferman, Ross, Nardelli and Williams, JJ.